# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **04-3909**

UNITED STATES OF AMERICA

v.

EMMETT LOCKHART,

Appellant

(M.D. Pa. Crim. No. 01-cr-00059)
(criminal treated as civil)

Present:   SLOVITER, NYGAARD AND FUENTES, <u>CIRCUIT JUDGES</u>

Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

in the above-captioned case.

Respectfully,

Clerk

MMW/SR/clw

_____ORDER_____

The foregoing request for a certificate of appealability is denied because <u>Blakely v. Washington</u>, 124 S.Ct. 2531 (2004), and <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) have not been made retroactive by the Supreme Court to cases on collateral review. See <u>McReynolds v. United States</u>, __ F.3d __, (7th Cir. February 2, 2005) (finding <u>Booker</u> not retroactive); <u>United States v. Jenkins</u>, 333 F.3d 151 (3d Cir. 2003) (finding <u>Apprendi</u> not retroactive).

A True Copy:

Marcia M. Waldron,
Clerk

By the Court,

/s/ Richard L. Nygaard
Circuit Judge

Dated: March 1, 2005
CLW/cc: Mr. Emmett Lockhart
        Theodore B. Smith III, Esq.