OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

TELEPHONE

215-597-2995

**MARCIA M. WALDRON**

CLERK

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

Date 03/01/05

Clerk of District Court

Harrisburg
(District)

C. of A. No. 04-3909

USA v. Lockhart
(Caption)

Emmett Lockhart
(Appellants)

01-cr-00059
(D.C. No.)

Enclosures:

03/01/05 _____ Certified Copy of C. of A. Order by the **Court/Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

Carmella L. Wells _____ (267)-299- 4928 _____

Deputy Clerk            Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00

Appeals (Certified List in Lieu of Record)

N:\record release.wpd